NOVA
LAW

September 22, 2026

Alexandra Minogue, Esq.
Nova Law Group
21 Fulton St.
Newark, NJ 07102
T: 844-444-6682

**VIA PACER**
The Honorable Robert Kirsch, U.S.D.J.
Clarkson S. Fisher Federal Building
& United States Courthouse
402 East State Street
Trenton, NJ 08608

**RE: *Engelmann v. Soto, et al.***
**Docket No. 3:26-cv-10748-RK**

Dear Honorable Robert Kirsch U.S.D.J.,

As Your Honor is aware, the undersigned represents Petitioner in the above-captioned matter. Respectfully, Mr. Engelmann seeks leave to voluntarily withdraw the pending habeas petition.

In light of the time-sensitive nature of the circumstances, the undersigned respectfully requests that this action be dismissed at the Court's earliest convenience. This request is made with sincere appreciation for the Court's time and consideration.

Respectfully,

*Alexandra Minogue*

Alexandra Minogue, Esq.

CC: Carlos Fernando Ugalde Alvarez, Esq.
*Counsel for Respondents*

It is ordered this 23rd day of September, 2026 that this case shall be marked **CLOSED**.

Robert Kirsch, U.S.D.J