**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*Robert Frazer*
*United States Attorney*

*Carlos F. Ugalde Alvarez*
Assistant U.S. Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Carlos.Ugalde.Alvarez@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 297-2040*

September 23, 2026

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** 10/14/26

**VIA ECF**
Hon. Robert Kirsch, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Engelmann v. Soto, et al.*, No. 26-cv-10748 (RK)**
**Request to Lift Transfer Injunction**

Dear Judge Kirsch:

This Office represents Respondents in this habeas matter. Earlier today, September 23, 2026, the Court issued a Letter Order (ECF No. 10), closing this case in light of Petitioner's voluntary dismissal request (ECF No. 9). As Respondents previously reported, Petitioner accepted voluntary departure, and his current deadline to depart from the United States is October 18, 2026. *See* Sept. 21, 2026 Letter, ECF No. 8 (requesting that the Court lift its August 21, 2026 Order enjoining Respondents "from transferring Petitioner from New Jersey pending further Order" (ECF No. 3)). In light of the foregoing, and out of an abundance of caution, we respectfully write to request that the Court issue an order lifting the transfer injunction to allow the U.S. Department of Homeland Security to facilitate Petitioner's voluntary departure before the October 18, 2026 deadline.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Carlos F. Ugalde Alvarez*
CARLOS F. UGALDE ALVAREZ
Assistant United States Attorney

cc: Counsel for Petitioner (via ECF)